The Honorable Tana Lin

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| NATHEN BARTON,<br><br>                        Plaintiff,<br><br>    v.<br><br>DIGITAL THRIVE, LLC, JOHN DOES 1, JOHN DOE 2, AND JOHN DOES 3-10,<br><br>                        Defendants. | NO. 3:23-CV-05005-TL<br><br>**STIPULATED WITHDRAWAL OF COUNSEL**<br><br>and ~~[PROPOSED]~~ ORDER<br><br>**NOTE ON MOTION CALENDAR:**<br>**January 30, 2023** |

Pursuant to LCR 83.2(b), Defendant, DIGITAL THRIVE, LLC. ("Defendant") hereby stipulates, by and through their counsel of record, Kristin Nealey Meier of Ryan, Swanson & Cleveland, PLLC to the withdrawal of counsel Tori L. Guidry, Eric J. Troutman, Puja J. Amin, of the Troutman Firm, as counsel for them in this action. Ms. Meier will continue to represent Defendant.

///

///

///

///

STIPULATED WITHDRAWAL OF COUNSEL - 1



Ryan, Swanson & Cleveland, PLLC
1201 Third Avenue, Suite 3400
Seattle, WA 98101-3034
206.464.4224  |  Fax 206.583.0359

**AGREED AND STIPULATED TO** this 30th day of January, 2023.

| TROUTMAN FIRM<br><br>By */s/ Tori L. Guidry*<br>Tori L. Guidry (*pro hac vice*)<br>By */s/ Eric J. Troutman*<br>Eric J. Troutman<br>By */s/ Puja J. Amin*<br>Puja J. Amin (*pro hac vice*)<br>Troutman Firm<br>530 Technology Drive, Ste 200<br>Irvine, CA 92618<br>P: (985) 688-3307<br>F: (949) 203-8689<br>tori@troutmanfirm.com<br>troutman@troutmanfirm.com<br>puja@troutmanfirm.com<br><br>***Withdrawing Attorney for Defendants*** | RYAN, SWANSON & CLEVELAND PLLC<br><br>By */s/ Kristin Nealey Meier*<br>Kristin Nealey Meier,<br>WSBA #33562<br>RYAN, SWANSON & CLEVELAND, PLLC<br>1201 Third Avenue, Suite 3400<br>Seattle, Washington  98101-3034<br>Telephone: (206) 464-4224<br>Facsimile: (206) 583-0359<br>kmeier@ryanlaw.com<br>***Remaining Attorney for Defendants*** |
|---|---|
| By */s/ Nathen Barton*<br>Nathen Barton<br>4618 NW 11th Cir.<br>Camas, WA 98607<br>T: 469-347-2139<br>BlueWind33@protonmail.com<br>farmersbranch2014@gmail.com<br>***Pro Se Plaintiff*** | |

# ORDER

IT IS SO ORDERED.

DATED this 1st day of February 2023.

_____
UNITED STATES DISTRICT JUDGE

Presented by:

RYAN, SWANSON & CLEVELAND, PLLC

By: /s/ Kristin Nealey Meier
    Kristin Nealey Meier, WSBA #33562


THE TROUTMAN FIRM

By /s/ Tori L. Guidry
    Tori L. Guidry (*pro hac vice*)
By /s/ Eric J. Troutman
    Eric J. Troutman
By /s/ Puja J. Amin
    Puja J. Amin (*pro hac vice*)


By /s/ Nathen Barton
    Nathen Barton (Pro Se Plaintiff)

STIPULATED WITHDRAWAL OF COUNSEL - 3



Ryan, Swanson & Cleveland, PLLC
1201 Third Avenue, Suite 3400
Seattle, WA 98101-3034
206.464.4224 | Fax 206.583.0359