**The Honorable Tana Lin**

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| NATHEN BARTON,<br><br>  Plaintiff,<br><br>  v.<br><br>DIGITAL THRIVE, LLC, JOHN DOES 1, JOHN DOE 2, AND JOHN DOES 3-10,<br><br>  Defendants. | NO. 3:23-cv-05005-TL<br><br>**STIPULATION OF DISMISSAL WITH PREJUDICE**<br><br>NOTED: MARCH 6, 2023 |

**STIPULATION**

IT IS HERBY STIPULATED AND AGREED by the Parties, *Pro Se* Plaintiff Nathen Barton, and Defendant Digital Thrive LLC, by and through their undersigned counsel, that this action, is dismissed with prejudice in its entirety, pursuant to Rule 41 of the Federal Rules of Civil Procedure.

IT IS FURTHER STIPULATED AND AGREED that each party is to bear his, her, or its own costs and attorneys' fees.

/ / /

/ / /

/ / /

/ / /

**AGREED AND STIPULATED** TO this 3rd day of March, 2023.

By */s/ Nathen Barton*
Nathen Barton
4618 NW 11th Cir.
Camas, WA 98607
T: 469-347-2139
BlueWind33@protonmail.com
farmersbranch2014@gmail.com
*Pro Se Plaintiff*

By */s/ Kristin Nealey Meier*
Kristin Nealey Meier, WSBA #33562
RYAN, SWANSON & CLEVELAND, PLLC
1201 Third Avenue, Suite 3400
Seattle, Washington  98101-3034
Tel: (206) 464-4224;Fax: (206) 583-0359
kmeier@ryanlaw.com

Ian Ballon, CA Bar # 141819 (*pro hac vice*)
Lori Chang, CA Bar # 228142 (*pro hac vice*)
Greenberg Traurig LLP
1840 Century Park East, Ste. 1900
Los Angeles, CA  90067
T: 310-586-7700
ballon@gtlaw.com; changl@gtlaw.com
*Attorneys for Defendant Digital Thrive, LLC*

CERTIFICATE OF SERVICE

I hereby certify that I caused the foregoing document to be electronically filed with the Clerk of the Court using the Electronic Filing (CM/ECF) system, which will send notification of such filing to all counsel of record and all pro se parties registered to use the CM/ECF system.

_____s/ Nathen Barton_____          \_\_\_\_\_3/6/2023_____
      Nathen Barton